# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHARON SOLTIS,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-2022 |
| v. | : | (JUDGE MANNION) |
| **SCRANTON QUINCY HOSPITAL COMPANY, LLC d/b/a MOSES TAYLOR HOSPITAL** | : : | |
| Defendant | : | |

# ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1).** Moses's motion for summary judgment, (Doc. 28), is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Moses and against Soltis on all claims.

**(2).** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: May 18, 2021**
18-2022-01-Order